UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| TIMOTHY J. LAHRMAN, individually and as Founder/ President of Automotive Hardware Services, Inc., and Indiana Corporation, et al., | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | CAUSE NO: 3:08-CV-354 RM |
| KENNETH SCHEIBENBERGER, individually and as Court-Appointed Guardian for, and on behalf of, TJL, et al., | ) ) ) ) ) | |
| Defendants | ) | |

## OPINION AND ORDER

On September 17, 2008, Timothy Lahrman filed a motion to reconsider and correct the court's August 14, 2008 opinion and order denying Mr. Lahrman's emergency motion for a temporary restraining order and dismissing the case for lack of subject matter jurisdiction. The court denied Mr. Lahrman's motion on September 23, finding no manifest error of law or extraordinary circumstances sufficient to justify relief under either Federal Rule of Civil Procedure 59(e) or 60(b). Mr. Lahrman filed a second motion to reconsider, which reiterates Mr. Lahrman's previous arguments. For the reasons set forth in the court's September 23, 2008 order, the court DENIES Mr. Lahrman's motion pursuant to Rule 59(e) or 60(b) [Doc. No. 10]. Mr. Lahrman also filed an amended motion to reconsider and supporting memorandum to "further expound upon" his September 17 filing.

Because the court previously ruled on Mr. Lahrman's motion to reconsider, the court also DENIES Mr. Lahrman's amended motion [Doc. No. 11].

SO ORDERED.

Entered:  October 2, 2008 

                                      /s/ Robert L. Miller, Jr.  
                                    Chief Judge  
                                    United States District Court

cc:    T. Lahrman